# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−4 | User: admin | Date Created: 03/10/2016 |
| Case: 4:15−bk−05193−JJT | Form ID: fnldecac | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      ustpregion03.ha.ecf@usdoj.gov
aty      Tonia M Torquato      bankrupt@nittanylaw.com

                                         TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Diana L. Griffith      142 West Main Street      Rebersburg, PA 16872

                                         TOTAL: 1